UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW MAHLON NILES,

Petitioner,

v.

DAVID SHOOK,

Respondent.

CASE NO. 3:26-CV-5607-JNW-DWC

REPORT AND RECOMMENDATION

Noting Date: October 8, 2026

The District Court has referred this action filed under 28 U.S.C. § 2241 to United States Magistrate Judge David W. Christel. On November 6, 2025, Petitioner Matthew Mahlon Niles initiated this case. Dkt. 1. As Petitioner has not kept the Court advised of his current address or responded to the Court's Order Declining Service, the Court recommends this action be dismissed without prejudice.

The Court entered an Order Declining Service on June 25, 2026, notifying Petitioner of deficiencies in his Petition and directing Petitioner to file a response to the Order or an amended pleading by July 24, 2026. Dkt. 6. The Order was returned as undeliverable on July 8, 2026. Dkt.

7. Petitioner has not responded to the Order or filed any documents with the Court since he sought leave to proceed *in forma pauperis* on June 15, 2026.

Petitioner has not kept the Court advised as to his current mailing address. He has also failed to respond to the Court's Order and provided a servable petition. Accordingly, pursuant to Local Rule 41(b)(2), the Court recommends dismissal of this action without prejudice for failure to prosecute. Based on the foregoing, the Court also recommends a certificate of appealability be denied.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 8, 2026** .

Dated this 17th day of September, 2026.

David W. Christel
United States Magistrate Judge